**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brad Gibson                                          CHAPTER 13
          Sheila Gibson
                    Debtors                          BKY. NO. 12-10362 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Bank of America, N.A. as Servicer for THE
BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR
INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE
TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES
2004-F, and index same on the master mailing list.

Re: Loan # Ending In: 9674

                                        Respectfully submitted,

                                        **/s/ Matthew J. McClelland, Esquire**
                                        Matthew J. McClelland, Esquire
                                        mmcclelland@kmllawgroup.com
                                        Attorney I.D. No. 314982
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        Phone: 215-627-1322
                                        Fax: 215-627-7734
                                        Attorney for Movant/Applicant