**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/29/2016

IN RE:

BRAD GIBSON
SHEILA GIBSON
161 POPLAR STREET
YOUNGSVILLE, PA 16371
XXX-XX-3039          Debtor(s)

XXX-XX-7276

Case No.12-10362 TPA

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/29/2016

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **GE CAPITAL RETAIL BANK**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*DKT!!! | CRED DESC: PRIMARY RES MORTGAGE REC<br>ACCOUNT NO.: 9674 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 3   INT %: 4.25%<br>Court Claim Number: 2<br>CLAIM: 2,241.89<br>COMMENT: CL$GOV@4.25%MDF/PL*1ST*PIF/CR/LTR | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2447 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 4   INT %: 4.25%<br>Court Claim Number: 3<br>CLAIM: 9,076.37<br>COMMENT: $CL-PL@4.25%MDF/PL*2ND | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 1090 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL-CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5733696062 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 6   INT %: 4.25%<br>Court Claim Number:<br>CLAIM: 2,109.82<br>COMMENT: 4k@4.25%MDF/PL*PIF/CR/LTR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5734221266 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 16,590.51<br>COMMENT: CL8-2GOV*$CL-PL*0%MDF/PL@SEC*253.24 MO*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ...3039/...2914 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,508.51<br>COMMENT: CL1GOV*$CL-PL@0%/PL@SEC*42.02 MO | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ...3039/251572914 |
| **ADVANTAGE CREDIT COUNSELING SVC**<br>2403 SIDNEY ST WTE 400<br>PITTSBURGH, PA 15203 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3964 |
| **AMERICAN HOME MORTGAGE SVCNG INC****<br>NOW HOMEWARD RESIDENTIAL<br>1525 S BELTLINE RD STE 100N<br>COPPELL, TX 75019 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 4,135.36<br>COMMENT: FIA-BOA | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0791 |
| **BANK ONE/JPM CHASE***<br>POB 17055  *CARDMEMBER SVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1209 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 8,969.21<br>COMMENT: HSBC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9841 |
| **CAPITAL MANAGEMENT SVCS**<br>726 EXCHANGE ST TE 700<br><br>BUFFALO, NY 14210 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH*DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2681 |
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2600 |
| **CITGO/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2681 |
| **CITGO/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5155 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br><br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITY NATIONAL BANK**<br>POB 927830<br><br>SAN DIEGO, CA 92192-7830 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3101 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  2,499.65<br>COMMENT:  NO$~NUM/SCH*B-LINE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2600 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ  07193-5480 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **EDUCATION FINANCIAL SVCS++**<br>10500 KINCAID DR STE 200<br>FISHERS, IN  46037 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **EQUITY ONE INC++**<br>910 BERLIN RD STE 5B<br>PO BOX 376<br>VORHEES, NJ  08043 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...7953 |
| **FIA CARD SERVICES** SCCSR BANK OF AMERIC**<br>POB 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **FIRST USA**<br>CARDMEMBER SERVICES<br>POB 15153<br>WILMINGTON, DE  19886-5153 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **GE MONEY BANK++**<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **GEMB/JCPENNEY++**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **GEMB / OLD NAVY++**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ  07193-5480 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  3,237.83<br>COMMENT:  GEMB/WAL MART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8776 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br><br>CAROL STREAM, IL 60197-4153 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9852 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **HSBC TAXPAYER FINCL SVCS/FKA**<br>HOUSEHOLD TAX MASTERS<br>90 CHRISTIANA RD<br>NEW CASTLE, DE 19720 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: YAMAHA | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1766311100867555 |
| **KEATING LAW FIRM PC**<br>4232 NORTHERN PIKE STE 202<br><br>MONROEVILLE, PA 15146 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3264 |
| **LVNV FUNDING LLC**<br>POB 10584<br><br>GREENVILLE, SC 29603-0584 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **NATIONAL CITY**<br>POB 218988<br><br>HOUSTON, TX 77218 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1319 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **RADIOSHACK/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **RECOVERY MANAGEMENT SYST CORP**<br>FOR GE CAP CONSUMER CARD CO<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33132 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **ROUNDUP FUNDING LLC***<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC 29603 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **SALLIE MAE GUARANTEE SVCS INC**\*\*<br>ATTN: DEPOSIT OPERATION-8303*<br>POB 7167*<br>INDIANAPOLIS, IN 46206-7167 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0003 |
| **SEARS/CITI CARD USA**\*++<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **SEARS/CITI CARD USA**\*++<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5822 |
| **SALLIE MAE PRIVATE CREDIT**<br>C/O SALLIE MAE INC<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 6,822.50<br>COMMENT: LATE CL=TIMELY/OE*NTC/SCH*DKT*W/58~TEE OBJ*NTC-RSV | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7276/3052 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 4,093.84<br>COMMENT: NO NUM/SCH*FR SPRINGLEAF-DOC 53 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4862 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ 07193-5480 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,277.14<br>COMMENT: CITIBANK/THD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8665 |
| **WARREN GENERAL HOSPITAL**<br>TWO CRESENT PARK<br>WARREN, PA 16365 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5861 |
| **WARREN GENERAL HOSPITAL**<br>TWO CRESENT PARK<br>WARREN, PA 16365 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9256 |
| **YAMAHA/GEMB**<br>PO BOX 6153<br>RAPID CITY, SD 57709 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **PA DEPARTMENT OF REVENUE**\*<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 300.71<br>COMMENT: CL1GOV*NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3039/251572914 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: $0/CL-PL | | CRED DESC: PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 9674 |
| **DEAN R PROBER ESQ**<br>PROBER & RAPHAEL<br>20750 VENTURA BLVD STE 100<br>WOODLAND HILLS, CA  91364 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF AMERICA/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:8-2<br>CLAIM: 3,084.17<br>COMMENT: CL8-2GOV*NO GEN UNS/SCH*AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3039/...2914 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:011<br>CLAIM: 0.00<br>COMMENT: NTC-POSTPET FEE/EXP @ 2520 W/DRAWN-DOC 80*W/2 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9674 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/COE*NT/PL*958.65/NTC-POSTPET FEE/EXP*REF CL*W/2 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9674 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/COE*NT/PL*914.80/NTC-POSTPET FEE/EXP*SUPPLEMENTAL REF CL | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9674 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:011<br>CLAIM: 0.00<br>COMMENT: DISALLWD/COE*1518.55/CL*NT/PL*NTC-POSTPET FEE/EXP*SUPPLEMENTAL REF ( | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9674 |
| **NAVIENT SOLUTIONS INC F/K/A SALLIE MAE PC**<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:12-2<br>CLAIM: 6,822.50<br>COMMENT: PURPORTS TO AMD C-12*W/44*ND TEE OBJ!! | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7276 C/O 3052 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 113.40<br>COMMENT: NT PROV/PL*SUPP NTC~POSTPET FEE/EXP*REF CL*W/2 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9674 |