IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Brad Gibson | : | Case No.12-10362TPA |
| Shelia Gibson | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Navient Solutions Inc | : | Hearing Date |
| Sallie Mae ECFC | | |
| Respondent(s) | | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON TRUSTEE'S OBJECTION TO CLAIM

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than April 7, 2017 i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on April 26, 2017, at 10:00 a.m. by Judge Agresti in Courtroom B on the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie PA 16501.  Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 3/07/17

/s/ Jana S. Pail_____
Jana S. Pail PA I.D. #88910
Attorney for the Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com