2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-10362-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Brad Gibson
161 Poplar Street
Youngsville PA 16371

Sheila Gibson
161 Poplar Street
Youngsville PA 16371

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/24/2017.

Name and Address of Alleged Transferor(s):

Claim No. 12: SLM PC Trust, C/O Sallie Mae, Inc., 220 Lasley Ave., Wilkes-Barre, PA 18706

Name and Address of Transferee:

Navient Solutions Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/29/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-10362-TPA
Brad Gibson                                                               Chapter 13
Sheila Gibson
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: dkam          Page 1 of 1          Date Rcvd: Mar 27, 2017
                             Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13556611       +E-mail/PDF: pa_dc_claims@navient.com Mar 28 2017 02:00:06      SLM PC Trust,
                 C/O Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1430
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
              Jeanne S. Lofgren    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of
               CWABS Master Trust, Revolving Home Equity Loan Asset B jlofgren@stonecipherlaw.com
              John F. Goryl     on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Laurence A. Mester     on behalf of Creditor    The Bank of New York Mellon
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Matthew John McClelland    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
               CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-F bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Brad  Gibson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Sheila  Gibson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8