IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Brad Gibson | : | Case No.12-10362TPA |
| Shelia Gibson | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Navient Solutions Inc | : | Hearing Date |
| Sallie Mae ECFC | | |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM #12

The Objection to Claim that was filed in the above-referenced case on March 7, 2017 (document #242) is hereby WITHDRAWN. Therefore, the hearing scheduled for April 26, 2017, is cancelled.

Respectfully submitted

4/12/17                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: \
Brad Gibson                                    :    Case No.12-10362TPA \
Shelia Gibson                                  :    Chapter 13 \
    Debtor(s)                      : \
Ronda J. Winnecour, Trustee           : \
                                             :    Related to Document # \
    Movant(s)                      : \
                                             : \
    vs.                                  : \
Navient Solutions Inc                     :    Hearing Date \
Sallie Mae ECFC \
    Respondent(s)

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Navient Solutions Inc \
PO Box 9640 \
Wilkes-Barre PA 18773-9640

Jack Remondi, CEO \
Navient Solution Inc \
220 Lasley Avenue \
Wilkes-Barre PA 18706

Raymond Quinlan, Chairman & CEO \
Sallie Mae \
388 Greenwich Street \
New York NY 10013

Alane A. Becket, Esquire \
Becket & Lee LLP \
16 General Warren Blvd \
Malvern PA 19355

Brad and Shelia Gibson \
161 Poplar Street \
Youngsville PA 16371

Paul McElrath, Esquire \
1641 Saw Mill Run Blvd \
Pittsburgh PA 15210

| | |
|---|---|
| 4/12/2017 | /S/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |