**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brad Gibson** | : | Case No. 12–10362–TPA |
| **Sheila Gibson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| THE BANK OF NEW YORK MELLON FKA | : | |
| THE BANK OF NEW YORK AS SUCCESSOR | : | Related to Claim No. 11 |
| INDENTURE TRUSTEE TO JPMORGAN | : | |
| CHASE BANK, N.A., AS INDENTURE | : | |
| TRUSTEE FOR THE CWABS REVOLVING | : | |
| HOME EQUITY LOAN TRUST, SERIES | : | |
| 2004–F | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Brad Gibson, | : | |
| Sheila Gibson and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | | |

### ORDER

　　　　AND NOW, this **4th day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004–F** at Claim No. 11 in the above–captioned bankruptcy case,

　　　　It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

　　　　*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Agresti, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 12-10362-TPA
Brad Gibson                                                                         Chapter 13
Sheila Gibson
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam               Page 1 of 1               Date Rcvd: May 04, 2017
                              Form ID: 237             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.
db/jdb         +Brad Gibson,    Sheila Gibson,    161 Poplar Street,    Youngsville, PA 16371-1158
               +Bank of America, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:
      Jeanne S. Lofgren    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
       as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of
       CWABS Master Trust, Revolving Home Equity Loan Asset B jlofgren@stonecipherlaw.com
      John F. Goryl    on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
      Laurence A. Mester    on behalf of Creditor   The Bank of New York Mellon
       lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
      Matthew John McClelland    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
       YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
       CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-F bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Joint Debtor Sheila  Gibson ecf@mcelrathlaw.com,
       donotemail.ecfbackuponly@gmail.com
      Paul W. McElrath, Jr.    on behalf of Debtor Brad  Gibson ecf@mcelrathlaw.com,
       donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                                                                                                                                                     TOTAL: 8