# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 12-10362-TPA** |
| **Brad M. Gibson and** | : | |
| **Sheila M. Gibson,** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Related to Doc. No. 256. 257** |
| **Sheila M. Gibson,** | : | |
|     **Movant** | : | |
| **S. S. No. xxx-xx-7276** | : | |
| | : | |
| **v.** | : | |
| **Lifestyle Support Services, Inc.** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|     **Respondents** | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO TERMINATE WAGE ATTACHMENT AND MOTION TEMINATING WAGE ATTACHMENT

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 17, 2017, I served a copy of the above-captioned pleading, Notice of Hearing with Response, along with the Motion Terminating Wage Attachment, filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties by United States mail, first class or electronic mail where indicated.

Executed on May 17, 2017

                                            By:    /s/ Sharla Munroe
                                                         Sharla Munroe, Paralegal
                                                         McElrath Legal Holdings, LLC
                                                         1641 Saw Mill Run Blvd
                                                          Pittsburgh, PA 15210
                                                          Tel: 412.765.3606
                                                          Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

**Lifestyle Support Services, Inc.**
**1109 Deveaux Street**
**Elmora, PA 15737**
**Attention: Payroll Administrator**

**Sheila M. Gibson**
**161 Poplar Street**
**Youngsville, PA 16371**