# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 12-10362-TPA** |
| **Brad M. Gibson and** | : | |
| **Sheila M. Gibson,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Related to Doc. No. 256. 257** |
| **Sheila M. Gibson,** | : | |
| **Movant** | : | |
| **S. S. No. xxx-xx-7276** | : | |
| | : | |
| **v.** | : | |
| **Lifestyle Support Services, Inc.** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on May 17, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 3, 2017..

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>June 6, 2017</u>     By:     /s/ Paul W. McElrath
                                        Paul W. McElrath, Esquire
                                        Attorney for Debtor/Movant
                                        PA I.D. #86220
                                        1641 Saw Mill Run Blvd.
                                        Pittsburgh, PA 15210
                                        (412) 765-3606
                                        paulm@mcelrathlaw.com