# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 12-10362-TPA** |
| **Brad M. Gibson and** | : | |
| **Sheila M. Gibson,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Related to Doc. No. 263** |
| **Sheila M. Gibson,** | : | |
| **Movant** | : | |
| **S. S. No. xxx-xx-7276** | : | |
| | : | |
| **v.** | : | |
| **Lifestyle Support Services, Inc.** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents** | : | |

## CERTIFICATE OF SERVICE OF WAGE TERMINATION ORDER ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 8, 2017, I served a copy of the above-captioned pleading, Order granting Motion Terminating Wage Attachment, together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties by United States mail, first class or electronic mail where indicated.

Executed on June 8, 2017

By:    /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Lifestyle Support Services, Inc.
Attention: Payroll Administrator
1109 Deveaux Street
Elmora, PA 15737

Sheila M. Gibson
161 Poplar Street
Youngsville, PA 16371