**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRAD GIBSON
SHEILA GIBSON
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
    vs.
No Repondents.

Case No.:12-10362 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 03/12/2012 and confirmed on 5/14/12 . The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,758.35 |
| Less Refunds to Debtor | 1,280.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,478.17 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,850.00 | |
|    Trustee Fee | 3,166.14 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,016.14 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX6062 | | | | |
|   PNC BANK NA | 2,109.82 | 2,109.82 | 338.64 | 2,448.46 |
|     Acct: XXXXXX1266 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 7,269.25 | 0.00 | 7,269.25 |
|     Acct: 9674 | | | | |
|   PNC BANK NA | 2,241.89 | 2,241.89 | 29.85 | 2,271.74 |
|     Acct: 2447 | | | | |
|   PNC BANK NA | 9,076.37 | 9,076.37 | 1,031.76 | 10,108.13 |
|     Acct: 1090 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9674 | | | | |
| | | | | 22,097.58 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRAD GIBSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRAD GIBSON | 1,280.18 | 1,280.18 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 1,150.00 | 1,150.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 16,590.51 | 16,590.51 | 0.00 | 16,590.51 |
|     Acct: XXXXXXXXXX2914 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,508.51 | 2,508.51 | 0.00 | 2,508.51 |
|     Acct: XXXXXXXXXXXX2914 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 113.40 | 113.40 | 0.00 | 113.40 |
| Acct: 9674 | | | | |
| | | | | 19,212.42 |
| **Unsecured** | | | | |
| SALLIE MAE PRIVATE CREDIT | 3,411.25 | 3,411.25 | 0.00 | 3,411.25 |
| Acct: XXXXX3052 | | | | |
| NAVIENT SOLUTIONS INC F/K/A SALLIE N | 6,142.87 | 6,142.87 | 0.00 | 6,142.87 |
| Acct: XXXXXXXXX3052 | | | | |
| ADVANTAGE CREDIT COUNSELING SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3964 | | | | |
| ECAST SETTLEMENT CORP | 4,135.36 | 4,135.36 | 0.00 | 4,135.36 |
| Acct: 0791 | | | | |
| BANK ONE/JPM CHASE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1209 | | | | |
| ECAST SETTLEMENT CORP | 8,969.21 | 8,969.21 | 0.00 | 8,969.21 |
| Acct: 9841 | | | | |
| CAPITAL MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2681 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2600 | | | | |
| CITGO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2681 | | | | |
| CITGO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5155 | | | | |
| CITY NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3101 | | | | |
| EAST BAY FUNDING | 2,499.65 | 2,499.65 | 0.00 | 2,499.65 |
| Acct: 2600 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EQUITY ONE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7953 | | | | |
| ECAST SETTLEMENT CORP | 3,237.83 | 3,237.83 | 0.00 | 3,237.83 |
| Acct: 8776 | | | | |
| BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9852 | | | | |
| KEATING LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3264 | | | | |
| NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1319 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0003 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5822 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 4,093.84 | 4,093.84 | 0.00 | 4,093.84 |
| Acct: 4862 | | | | |
| ECAST SETTLEMENT CORP | 1,277.14 | 1,277.14 | 0.00 | 1,277.14 |
| Acct: 8665 | | | | |
| WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5861 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9256 | | | | |
|   PA DEPARTMENT OF REVENUE* | 300.71 | 300.71 | 0.00 | 300.71 |
|     Acct: XXXXXXXXXXXXX2914 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,084.17 | 3,084.17 | 0.00 | 3,084.17 |
|     Acct: XXXXXXXXXXX2914 | | | | |
|   GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN HOME MORTGAGE SVCNG IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDUCATION FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   FIA CARD SERVICES** SCCSR BANK OF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   FIRST USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   GEMB / OLD NAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HSBC TAXPAYER FINCL SVCS/FKA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX7555 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   RADIOSHACK/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   RECOVERY MANAGEMENT SYST CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   YAMAHA/GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   DEAN R PROBER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 37,152.03 |

TOTAL PAID TO CREDITORS                                                                  78,462.03

```
TOTAL
CLAIMED      19,212.42
PRIORITY     13,428.08
SECURED      37,152.03
```

Date: 09/26/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRAD GIBSON
    SHEILA GIBSON
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-10362 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-10362-TPA
Brad Gibson                                                             Chapter 13
Sheila Gibson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: lmar              Page 1 of 3             Date Rcvd: Sep 28, 2017
                            Form ID: pdf900         Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.

```
db/jdb         +Brad Gibson,    Sheila Gibson,    161 Poplar Street,    Youngsville, PA 16371-1158
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr             +Bank of America, N.A. c/o Prober & Raphael, ALC,    20750 Ventura Blvd, Ste 100,
                 Woodland Hills, CA 91364-6207
cr             +The Bank of New York Mellon, et al,    8501 Fallbrook Avenue,    West Hills, CA 91304-3242
13347015       +Advantage Credit Counseling Service,    River Park Commons,    2403 Sidney Street,    Suite 400,
                 Pittsburgh, PA 15203-2181
13347016       +American Home Mortage Servicing, Inc.,    1525 S. Beltline Road,    Suite 100 N,
                 Coppell, TX 75019-4913
13321290       +American Home Mtg Svci,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
13347017        BAC Home Loan Servicing,    10232,    Van Nuys, CA 91410
13321291      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,     Po Box 982238,    El Paso, TX 79998)
13321292       +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
13347019        Bank One,    P.O. Box 94014,    Palatine, IL 60094-4014
13347020       +Beneficial,    6839 Peach Street,    Keystone Place,    Erie, PA 16509-7713
13347021       +Beneficial/HFC,    PO Box 1547,    Chesapeake, VA 23327-1547
13347022      #+Beneficial/HFC,    961 Weigel Drive,    Elmhurst, IL 60126-1058
13321293       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13321294       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13347024       +Chase,    800 Brooksedge BLVD,    Westerville, OH 43081-2822
13347026        Citgo Credit Card Center,    PO Box 689095,    Des Moines, IA 50368-9095
13347027        Citgo/CBSD,    Post Office Box 6003,    Hagerstown, MD 21747
13321295       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13347028       +Citi,    Card Service Center,    P.O. Box 6210,    Sioux Falls, SD 57117-6210
13347029       +Citifinancial,    PO Box 499,    Hanover, MD 21076-0499
13347030        City National Bank,    PO Box 927830,    San Diego, CA 92192-7830
13321297       +Education Fin Service,    10500 Kincaid Dr Ste 200,    Fishers, IN 46037-9762
13347033       +Education Financial Services,    10500 Kincaid Drive,    Suite 200,    Fishers, IN 46037-9762
13321298       +Equity One,    301 Lipponcott Dr,    Marlton, NJ 08053-4197
13321299       +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
13347040        GEMB/Old Navy,    PO Box29116,    Mission, KS 66201
13347042       +HFC,    PO Box 1547,    Chesapeake, VA 23327-1547
13347046       +HSBC/Yamaha,    90 Christiana Rd.,    New Castle, DE 19720-3118
13321304       +Hfc-Ta,    Po Box 3425,    Buffalo, NY 14240-3425
13347043        Home Depot,    PO Box 689100,    Des Moines, IA 50368
13321305       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13321306       +Hsbc/Ymaha,    90 Christiana Rd,    New Castle, DE 19720-3118
13347050       +Keating Law Firm, P.C.,    4232 Northern Pike,    Suite 202,    Monroeville, PA 15146-2720
13321307       +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13347052       +National City Bank,    1 NCC Parkway,    Kalamazoo, MI 49009-8003
13347053       +National City Card Services,    1 National City Parkway,    Kalamazoo, MI 49009-8003
14387982       +Navient Solutions Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
13347055       +PNC,    P.O. Box 94982,    Cleveland, OH 44101-4982
13373218       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
13347056       +PNC Bank,    1 National City Parkway,    Kalamazoo, MI 49009-8002
13321308       +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13347058       +Radio Shack/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13321309       +Radio/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13347062       +Sears Gold Mastercard,    PO Box 105486,    Atlanta, GA 30348-5486
13347063        Sears Gold Mastercard,    P.O. Box 6922,    The Lakes, NV 88901-6922
13347064       +Sears/CBSD,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13321311       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13347067        THD/CBSD,    PO Box 6003,    Hagerstown, MD 21747
13440863        The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,    P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
13347068       +Warren General Hospital,    2 Crescent Park West,    PO Box 68,    Warren, PA 16365-0068
13347069        Yamaha,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
13347032        eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
13378707        eCAST Settlement Corporation, assignee,    of HSBC CONSUMER LENDING (USA) INC.,    POB 35480,
                 Newark, NJ 07193-5480
13378709        eCAST Settlement Corporation, assignee,    of Citibank USA, N.A. HOME DEPOT,    POB 35480,
                 Newark, NJ 07193-5480
13378708        eCAST Settlement Corporation, assignee,    of FIA Card Services aka Bank of America,    POB 35480,
                 Newark, NJ 07193-5480
13378706        eCAST Settlement Corporation, assignee,    of GE Money Bank WAL-MART,    POB 35480,
                 Newark, NJ 07193-5480
```

```
District/off: 0315-1           User: lmar                   Page 2 of 3                   Date Rcvd: Sep 28, 2017
                               Form ID: pdf900              Total Noticed: 85


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 01:39:42     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,   Greenville, SC   29603-0587
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2017 01:39:10
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL   33131-1605
13347023       +E-mail/Text: cms-bk@cms-collect.com Sep 29 2017 01:29:11      Capital Management Services,
                 726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
13347031       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 01:39:42     East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,   Attn: Susan Gaines,
                 Greenville, SC 29602-0288
13425195       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 01:39:18
                 East Bay Funding, LLC its successors and assigns,    as assignee of B-Line, LLC,
                 Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13347037       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:30      GE Money Bank,   PO Box 103104,
                 Roswell, GA 30076-9104
13347038       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:53      GE Money Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,   Roswell, GA 30076-9104
13347039       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:53      GEMB/JC Penney,   PO Box 981402,
                 El Paso, TX 79998-1402
13347041       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:30      GEMB/Walmart,   PO Box 981400,
                 El Paso, TX 79998-1400
13321300       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:31      Gecrb/Jc Penney Dc,
                 Po Box 981400,   El Paso, TX 79998-1400
13321301        E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:05      Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13321302       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:05      Gecrb/Old Navy,   Po Box 981400,
                 El Paso, TX 79998-1400
13321303       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2017 01:39:05      Gecrb/Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
13347044        E-mail/Text: bnc@bass-associates.com Sep 29 2017 01:28:57      Household Bank (SB), N.A.,
                 Bass & Associates, P.C.,    3936 E Ft Lowell Rd. Ste 200,   Tucson, AZ 85712-1083
13347047        E-mail/Text: cio.bncmail@irs.gov Sep 29 2017 01:29:04      Internal Revenue Service,
                 1001 Liberty Avenue,   Pittsburgh, PA 15222
13347051       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 01:39:43     LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13347054        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2017 01:29:20     PA Department of Revenue,
                 Banruptcy Division,   PO Box 280946,    Harrisburg, PA 17128-0496
13347057        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:39:21
                 Portfolio Recovery,   Po Box 41067,    Norfolk, VA 23541
13347059       +E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2017 01:39:59     Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13330806        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2017 01:39:59
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13347060        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 01:39:42
                 Roundup Funding, LLC,   MS 550,    Post Office Box 91121,   Seattle, WA 98111-9221
13347065       +E-mail/PDF: pa_dc_claims@navient.com Sep 29 2017 01:39:11     SLM PC Credit Student Loan Trust,
                 220 Lasley Avenue,   Wilkes Barre, PA 18706-1430
13556611       +E-mail/PDF: pa_dc_claims@navient.com Sep 29 2017 01:39:12     SLM PC Trust,
                 C/O Sallie Mae, Inc.,   220 Lasley Ave.,    Wilkes-Barre, PA 18706-1430
13347066        E-mail/PDF: cbp@onemainfinancial.com Sep 29 2017 01:39:30     Springleaf Financial,
                 618 Indiana Street,   Evansville, IN 47731
13321312        E-mail/PDF: cbp@onemainfinancial.com Sep 29 2017 01:39:30     Springleaf Financial S,
                 Po Box 3251,   Evansville, IN 47731
13321310       +E-mail/PDF: pa_dc_claims@navient.com Sep 29 2017 01:40:01     Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13347061       +E-mail/PDF: pa_dc_claims@navient.com Sep 29 2017 01:39:11     Sallie Mae Servicing,
                 1002 Arthur Drive,   PO# SMI-0000013421,   Lynn Haven, FL 32444-1683
                                                                                                TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              The Bank of New York Mellon
cr              The Bank of New York Mellon fka The Bank of New Yo
13321289        Brad Gibson and Sheila Gibson
13321296        Citifinanc
cr*            +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
13347035*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: FIA Card Services,    PO Box 15726,   Wilmington, DE 19886-5726)
13347025*       Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13347034*      +Equity One,   301 Lipponcott Drive,   Marlton, NJ 08053-4197
13347036*      +First USA Bank N.A.,   1001 Jefferson Plaza,   Wilmington, DE 19801-1493
13347045*      +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
```

```
District/off: 0315-1           User: lmar                  Page 3 of 3                  Date Rcvd: Sep 28, 2017
                               Form ID: pdf900             Total Noticed: 85

              ***** BYPASSED RECIPIENTS (continued) *****
13347048*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Office of District Counsel,
                 1000 Liberty Center Suite 601-C,    Pittsburgh, PA 15222)
13347049*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114)
13347018      ##+Bank of America,    PO Box 17054,   Wilmington, DE 19850-7054
                                                                                             TOTALS: 5, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
          Jeanne S. Lofgren    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of
           CWABS Master Trust, Revolving Home Equity Loan Asset B jlofgren@stonecipherlaw.com
          John F. Goryl    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
          Laurence A. Mester    on behalf of Creditor    The Bank of New York Mellon
           lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Matthew John McClelland    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
           CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-F bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Brad  Gibson ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.   on behalf of Joint Debtor Sheila  Gibson ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```