**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brad Gibson** | Social Security number or ITIN  **xxx–xx–3039** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sheila Gibson** | Social Security number or ITIN  **xxx–xx–7276** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–10362–TPA**

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brad Gibson                                              Sheila Gibson

11/17/17                                                **By the court:**   Thomas P. Agresti
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-10362-TPA
Brad Gibson                                                               Chapter 13
Sheila Gibson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam                 Page 1 of 3           Date Rcvd: Nov 17, 2017
                            Form ID: 3180W             Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
```
db/jdb         +Brad Gibson,    Sheila Gibson,    161 Poplar Street,    Youngsville, PA 16371-1158
cr             +Bank of America, N.A. c/o Prober & Raphael, ALC,    20750 Ventura Blvd, Ste 100,
                 Woodland Hills, CA 91364-6207
cr             +The Bank of New York Mellon, et al,    8501 Fallbrook Avenue,    West Hills, CA 91304-3242
13347015       +Advantage Credit Counseling Service,    River Park Commons,    2403 Sidney Street,    Suite 400,
                 Pittsburgh, PA 15203-2181
13347016       +American Home Mortgage Servicing, Inc.,    1525 S. Beltline Road,    Suite 100 N,
                 Coppell, TX 75019-4913
13321290       +American Home Mtg Svci,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
13347017        BAC Home Loan Servicing,    10232,    Van Nuys, CA 91410
13347026        Citgo Credit Card Center,    PO Box 689095,    Des Moines, IA 50368-9095
13347028       +Citi,    Card Service Center,    P.O. Box 6210,    Sioux Falls, SD 57117-6210
13347029       +Citifinancial,    PO Box 499,    Hanover, MD 21076-0499
13347030        City National Bank,    PO Box 927830,    San Diego, CA 92192-7830
13321297       +Education Fin Service,    10500 Kincaid Dr Ste 200,    Fishers, IN 46037-9762
13347033       +Education Financial Services,    10500 Kincaid Drive,    Suite 200,    Fishers, IN 46037-9762
13321298       +Equity One,    301 Lipponcott Dr,    Marlton, NJ 08053-4197
13347040        GEMB/Old Navy,    PO Box29116,    Mission, KS 66201
13321304       +Hfc-Ta,    Po Box 3425,    Buffalo, NY 14240-3425
13347043        Home Depot,    PO Box 689100,    Des Moines, IA 50368
13347050       +Keating Law Firm, P.C.,    4232 Northern Pike,    Suite 202,    Monroeville, PA 15146-2720
13321307       +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13347052       +National City Bank,    1 NCC Parkway,    Kalamazoo, MI 49009-8003
13347053       +National City Card Services,    1 National City Parkway,    Kalamazoo, MI 49009-8003
14387982       +Navient Solutions Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
13347055       +PNC,    P.O. Box 94982,    Cleveland, OH 44101-4982
13373218       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
13347056       +PNC Bank,    1 National City Parkway,    Kalamazoo, MI 49009-8002
13321308       +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13321309       +Radio/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13440863        The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,    P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
13347068       +Warren General Hospital,    2 Crescent Park West,    PO Box 68,    Warren, PA 16365-0068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2017 01:00:22      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: BANKAMER.COM Nov 18 2017 00:53:00      BANK OF AMERICA, N.A.,    2380 Performance Drive,
                 Richardson, TX 75082-4333
cr              EDI: RESURGENT.COM Nov 18 2017 00:53:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 P.O. Box 10587,    Greenville, SC  29603-0587
cr              EDI: RECOVERYCORP.COM Nov 18 2017 00:53:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13321291        EDI: BANKAMER.COM Nov 18 2017 00:53:00      Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
13347035        EDI: BANKAMER2.COM Nov 18 2017 00:53:00      FIA Card Services,   PO Box 15726,
                 Wilmington, DE 19886-5726
13321292       +EDI: BANKAMER.COM Nov 18 2017 00:53:00      Bank Of America, N.A.,    450 American St,
                 Simi Valley, CA 93065-6285
13347019        EDI: CHASE.COM Nov 18 2017 00:53:00      Bank One,   P.O. Box 94014,    Palatine, IL 60094-4014
13347018       +EDI: BANKAMER2.COM Nov 18 2017 00:53:00      Bank of America,    PO Box 17054,
                 Wilmington, DE 19850-7054
13347020       +EDI: HFC.COM Nov 18 2017 00:53:00      Beneficial,   6839 Peach Street,    Keystone Place,
                 Erie, PA 16509-7713
13347022       +EDI: HFC.COM Nov 18 2017 00:53:00      Beneficial/HFC,    961 Weigel Drive,
                 Elmhurst, IL 60126-1058
13347021       +EDI: HFC.COM Nov 18 2017 00:53:00      Beneficial/HFC,    PO Box 1547,
                 Chesapeake, VA 23327-1547
13321293       +EDI: HFC.COM Nov 18 2017 00:53:00      Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13347023       +E-mail/Text: cms-bk@cms-collect.com Nov 18 2017 01:00:13      Capital Management Services,
                 726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
13321294       +EDI: CHASE.COM Nov 18 2017 00:53:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13347024        EDI: CHASE.COM Nov 18 2017 00:53:00      Chase,   800 Brooksedge BLVD,
                 Westerville, OH 43081-2822
13347027        EDI: CITICORP.COM Nov 18 2017 00:53:00      Citgo/CBSD,    Post Office Box 6003,
                 Hagerstown, MD 21747
13321295       +EDI: CITICORP.COM Nov 18 2017 00:53:00      Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13347031        EDI: RESURGENT.COM Nov 18 2017 00:53:00      East Bay Funding,   c/o Resurgent Capital Services,
                 PO Box 288,    Attn: Susan Gaines,    Greenville, SC 29602-0288
13425195       +EDI: RESURGENT.COM Nov 18 2017 00:53:00      East Bay Funding, LLC its successors and assigns,
                 as assignee of B-Line, LLC,    Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
```

```
District/off: 0315-1                  User: dkam                    Page 2 of 3                    Date Rcvd: Nov 17, 2017
                                      Form ID: 3180W                Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13321299      +EDI: CHASE.COM Nov 18 2017 00:53:00      First Usa Bank N A,    1001 Jefferson Plaza,
               Wilmington, DE 19801-1493
13347037      +EDI: RMSC.COM Nov 18 2017 00:53:00      GE Money Bank,    PO Box 103104,    Roswell, GA 30076-9104
13347038      +EDI: RMSC.COM Nov 18 2017 00:53:00      GE Money Bank,    Attn: Bankruptcy Department,
               P.O. Box 103104,    Roswell, GA 30076-9104
13347039      +EDI: RMSC.COM Nov 18 2017 00:53:00      GEMB/JC Penney,    PO Box 981402,
               El Paso, TX 79998-1402
13347041      +EDI: RMSC.COM Nov 18 2017 00:53:00      GEMB/Walmart,    PO Box 981400,    El Paso, TX 79998-1400
13321300      +EDI: RMSC.COM Nov 18 2017 00:53:00      Gecrb/Jc Penney Dc,    Po Box 981400,
               El Paso, TX 79998-1400
13321301       EDI: RMSC.COM Nov 18 2017 00:53:00      Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13321302      +EDI: RMSC.COM Nov 18 2017 00:53:00      Gecrb/Old Navy,    Po Box 981400,
               El Paso, TX 79998-1400
13321303      +EDI: RMSC.COM Nov 18 2017 00:53:00      Gecrb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
13347042      +EDI: HFC.COM Nov 18 2017 00:53:00      HFC,    PO Box 1547,    Chesapeake, VA 23327-1547
13347046      +EDI: HFC.COM Nov 18 2017 00:53:00      HSBC/Yamaha,     90 Christiana Rd.,
               New Castle, DE 19720-3118
13347044       EDI: BASSASSOC.COM Nov 18 2017 00:53:00       Household Bank (SB), N.A.,
               Bass & Associates, P.C.,    3936 E Ft Lowell Rd. Ste 200,    Tucson, AZ 85712-1083
13321305      +EDI: HFC.COM Nov 18 2017 00:53:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13321306      +EDI: HFC.COM Nov 18 2017 00:53:00      Hsbc/Ymaha,    90 Christiana Rd,
               New Castle, DE 19720-3118
13347047       EDI: IRS.COM Nov 18 2017 00:53:00      Internal Revenue Service,    1001 Liberty Avenue,
               Pittsburgh, PA 15222
13347051      +EDI: RESURGENT.COM Nov 18 2017 00:53:00       LVNV Funding LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
13347054       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2017 01:00:22        PA Department of Revenue,
               Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
13347057       EDI: PRA.COM Nov 18 2017 00:53:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13347058      +EDI: CITICORP.COM Nov 18 2017 00:53:00       Radio Shack/CBSD,    P.O. Box 6497,
               Sioux Falls, SD 57117-6497
13347059      +EDI: RECOVERYCORP.COM Nov 18 2017 00:53:00       Recovery Management Systems Corp.,
               Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13330806       EDI: RECOVERYCORP.COM Nov 18 2017 00:53:00       Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13347060       EDI: RESURGENT.COM Nov 18 2017 00:53:00       Roundup Funding, LLC,    MS 550,
               Post Office Box 91121,    Seattle, WA 98111-9221
13347065      +EDI: NAVIENTFKASMSERV.COM Nov 18 2017 00:53:00        SLM PC Credit Student Loan Trust,
               220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
13556611      +EDI: NAVIENTFKASMSERV.COM Nov 18 2017 00:53:00        SLM PC Trust,    C/O Sallie Mae, Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1430
13347066       EDI: AGFINANCE.COM Nov 18 2017 00:53:00       Springleaf Financial,    618 Indiana Street,
               Evansville, IN 47731
13321312       EDI: AGFINANCE.COM Nov 18 2017 00:53:00       Springleaf Financial S,    Po Box 3251,
               Evansville, IN 47731
13321310      +EDI: NAVIENTFKASMSERV.COM Nov 18 2017 00:53:00        Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
13347061      +EDI: NAVIENTFKASMSERV.COM Nov 18 2017 00:53:00        Sallie Mae Servicing,    1002 Arthur Drive,
               PO# SMI-0000013421,    Lynn Haven, FL 32444-1683
13347062      +EDI: SEARS.COM Nov 18 2017 00:53:00      Sears Gold Mastercard,    PO Box 105486,
               Atlanta, GA 30348-5486
13347063       EDI: SEARS.COM Nov 18 2017 00:53:00      Sears Gold Mastercard,    P.O. Box 6922,
               The Lakes, NV 88901-6922
13347064      +EDI: SEARS.COM Nov 18 2017 00:53:00      Sears/CBSD,    P.O. Box 6189,
               Sioux Falls, SD 57117-6189
13321311      +EDI: SEARS.COM Nov 18 2017 00:53:00      Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13347067       EDI: CITICORP.COM Nov 18 2017 00:53:00       THD/CBSD,    PO Box 6003,    Hagerstown, MD 21747
13347069       EDI: HFC.COM Nov 18 2017 00:53:00      Yamaha,    Retail Services,    PO Box 15521,
               Wilmington, DE 19850-5521
13347032       EDI: ECAST.COM Nov 18 2017 00:53:00      eCAST Settlement Corp.,    Post Office Box 35480,
               Newark, NJ 07193-5480
13378707       EDI: ECAST.COM Nov 18 2017 00:53:00      eCAST Settlement Corporation, assignee,
               of HSBC CONSUMER LENDING (USA) INC.,    POB 35480,    Newark, NJ 07193-5480
13378708       EDI: ECAST.COM Nov 18 2017 00:53:00      eCAST Settlement Corporation, assignee,
               of FIA Card Services aka Bank of America,    POB 35480,    Newark, NJ 07193-5480
13378709       EDI: ECAST.COM Nov 18 2017 00:53:00      eCAST Settlement Corporation, assignee,
               of Citibank USA, N.A. HOME DEPOT,    POB 35480,    Newark, NJ 07193-5480
13378706       EDI: ECAST.COM Nov 18 2017 00:53:00      eCAST Settlement Corporation, assignee,
               of GE Money Bank WAL-MART,    POB 35480,    Newark, NJ 07193-5480
                                                                                               TOTAL: 59

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr            The Bank of New York Mellon
cr            The Bank of New York Mellon fka The Bank of New Yo
13321289      Brad Gibson and Sheila Gibson
13321296      Citifinanc
```

```
District/off: 0315-1           User: dkam                  Page 3 of 3                   Date Rcvd: Nov 17, 2017
                               Form ID: 3180W              Total Noticed: 88

cr*              +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
13347025*         Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13347034*        +Equity One,    301 Lipponcott Drive,    Marlton, NJ 08053-4197
13347036*        +First USA Bank N.A.,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
13347045*        +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13347048*       ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Office of District Counsel,
                   1000 Liberty Center Suite 601-C,    Pittsburgh, PA 15222)
13347049*       ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 21125,
                   Philadelphia, PA 19114)
                                                                                      TOTALS: 5, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-F bkgroup@kmllawgroup.com
              Jeanne S. Lofgren    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of
               CWABS Master Trust, Revolving Home Equity Loan Asset B jlofgren@stonecipherlaw.com
              John F. Goryl    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    The Bank of New York Mellon
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Matthew John McClelland    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
               CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-F bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Brad  Gibson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Sheila   Gibson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```