**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRAD GIBSON
SHEILA GIBSON
      Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:12-10362 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/12/2012  and confirmed on 05/14/2012 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,758.35 |
| Less Refunds to Debtor | 1,865.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,892.65 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,850.00 | |
|     Trustee Fee | 3,166.14 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,016.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX6062 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 7,269.25 | 0.00 | 7,269.25 |
|     Acct: 9674 | | | | |
|   PNC BANK NA | 2,241.89 | 2,241.89 | 29.85 | 2,271.74 |
|     Acct: 2447 | | | | |
|   PNC BANK NA | 9,076.37 | 9,076.37 | 1,031.76 | 10,108.13 |
|     Acct: 1090 | | | | |
|   PNC BANK NA | 2,109.82 | 2,109.82 | 338.64 | 2,448.46 |
|     Acct: XXXXXX1266 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9674 | | | | |
| | | | | 22,097.58 |
| Priority | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRAD GIBSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BRAD GIBSON | 1,280.18 | 1,280.18 | 0.00 | 0.00 |
| Acct: | | | | |
| BRAD GIBSON | 585.52 | 585.52 | 0.00 | 0.00 |
| Acct: | | | | |
| MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON MAZZEI ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON MAZZEI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 1,150.00 | 1,150.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 16,590.51 | 16,590.51 | 0.00 | 16,590.51 |
| Acct: XXXXXXXXX2914 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,508.51 | 2,508.51 | 0.00 | 2,508.51 |
| Acct: XXXXXXXXXXX2914 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 113.40 | 113.40 | 0.00 | 113.40 |
| Acct: 9674 | | | | |
| | | | | 19,212.42 |
| **Unsecured** | | | | |
| SALLIE MAE PRIVATE CREDIT | 2,825.73 | 2,825.73 | 0.00 | 2,825.73 |
| Acct: XXXXX3052 | | | | |
| NAVIENT SOLUTIONS INC F/K/A SALLIE MA | 6,142.87 | 6,142.87 | 0.00 | 6,142.87 |
| Acct: XXXXXXXX3052 | | | | |
| ADVANTAGE CREDIT COUNSELING SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3964 | | | | |
| ECAST SETTLEMENT CORP | 4,135.36 | 4,135.36 | 0.00 | 4,135.36 |
| Acct: 0791 | | | | |
| BANK ONE/JPM CHASE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1209 | | | | |
| ECAST SETTLEMENT CORP | 8,969.21 | 8,969.21 | 0.00 | 8,969.21 |
| Acct: 9841 | | | | |
| CAPITAL MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2681 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2600 | | | | |
| CITGO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2681 | | | | |
| CITGO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5155 | | | | |
| CITY NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3101 | | | | |
| EAST BAY FUNDING | 2,499.65 | 2,499.65 | 0.00 | 2,499.65 |
| Acct: 2600 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EQUITY ONE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7953 | | | | |
| ECAST SETTLEMENT CORP | 3,237.83 | 3,237.83 | 0.00 | 3,237.83 |
| Acct: 8776 | | | | |

| 12-10362 TPA | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9852 | | | | |
| KEATING LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3264 | | | | |
| NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1319 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0003 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5822 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 4,093.84 | 4,093.84 | 0.00 | 4,093.84 |
| Acct: 4862 | | | | |
| ECAST SETTLEMENT CORP | 1,277.14 | 1,277.14 | 0.00 | 1,277.14 |
| Acct: 8665 | | | | |
| WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5861 | | | | |
| WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9256 | | | | |
| PA DEPARTMENT OF REVENUE* | 300.71 | 300.71 | 0.00 | 300.71 |
| Acct: XXXXXXXXXXXX2914 | | | | |
| INTERNAL REVENUE SERVICE* | 3,084.17 | 3,084.17 | 0.00 | 3,084.17 |
| Acct: XXXXXXXXXX2914 | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN HOME MORTGAGE SVCNG INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDUCATION FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FIA CARD SERVICES** SCCSR BANK OF A | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FIRST USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GEMB / OLD NAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC TAXPAYER FINCL SVCS/FKA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX7555 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RADIOSHACK/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RECOVERY MANAGEMENT SYST CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| YAMAHA/GEMB | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: ? | | | | | |
| | DEAN R PROBER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 36,566.51 |
| **TOTAL PAID TO CREDITORS** | | | | | 77,876.51 |

TOTAL CLAIMED
PRIORITY        19,212.42
SECURED         13,428.08
UNSECURED       36.566.51

Date: 11/20/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com